LAW OFFICES OF
**REINER, SIMPSON
& SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Todd E. Slaughter, State Bar No. 87753

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HORNER, | USDC Case No. 2:09-CV-01564-FCD-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT** |
| vs. | |
| PANELTECH INTERNATIONAL, LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY ACTIONS. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiff may file an amended complaint to name a new defendant, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that Defendant PANELTECH INTERNATIONAL, LLC waives notice and service of the First Amended Complaint, and shall not be required to answer the amended complaint, and that all denials, responses and affirmative defenses contained in the answer field by said defendant to the original complaint shall be responsive to the First Amended Complaint.

IT IS FURTHER STIPULATED that as to proposed new defendant, now third party defendant and cross-claimant, CENTRAL OREGON & PACIFIC RAILROAD INC., waives notice and service of the First Amended Complaint and shall answer or otherwise respond to the First Amended Complaint on or before February 26, 2010.

Dated: January 25, 2010          REINER, SIMPSON & SLAUGHTER

                                 By: _____/s/_____
                                     TODD E. SLAUGHTER
                                     Attorney for Plaintiff

Dated: January 26, 2010          THE COSTA LAW FIRM

                                 By: _____/s/_____
                                     DANIEL P. COSTA
                                     Attorney for Defendant
                                     Paneltech International LLC

Dated: January 25, 2010          LOMBARDI, LOPER & CONANT, LLP

                                 By: _____/s/_____
                                     B. CLYDE HUTCHINSON
                                     Attorney for Defendant
                                     CENTRAL   OREGON   PACIFIC
                                     RAILROAD INC

**IT IS SO ODRERED.**

Dated: January 27, 2010

                                 _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE