LAW OFFICES OF
**REINER, SIMPSON
& SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Todd E. Slaughter, State Bar No. 87753

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDDIE HORNER,<br><br>    Plaintiff,<br><br>vs.<br><br>PANELTECH INTERNATIONAL, LLC;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED CROSS-CLAIMS<br>AND THIRD PARTY ACTIONS.         / | USDC Case No. 2:09-CV-01564-FCD-CMK<br><br>**STIPULATION AND ORDER FOR FILING  SECOND AMENDED COMPLAINT** |

    WHEREAS, Plaintiff learned for the first time on or about April 30, 2010 that THE GREENBRIER COMPANIES, INC.,   was a service facility that may have conducted repair, maintenance, restoration and other work on the subject railcar involved in this litigation sometime before the subject accident.   Plaintiff seeks hereby to file a Second Amended Complaint naming THE GREENBRIER COMPANIES, INC.; the parties have therefore stipulated as follows:

    IT IS HEREBY STIPULATED by and between the parties hereto, through their

respective attorneys of record, that Plaintiff may file a Second amended complaint to name new defendants, THE GREENBRIER COMPANIES, INC., a copy of which is attached hereto.

Dated:  September 21, 2010          REINER, SIMPSON & SLAUGHTER

               By: _____/s/_____
                 TODD E. SLAUGHTER
                 Attorney for Plaintiff

Dated:  October 11, 2010          THE COSTA LAW FIRM

               By: _____/s/_____
                 DANIEL P. COSTA
                 Attorney for Defendant/Cross-
                 Complainant/Cross Defendant,
                 Paneltech International LLC

Dated: October 6, 2010          LOMBARDI, LOPER & CONANT, LLP

               By: _____/s/_____
                 B. CLYDE HUTCHINSON
                 Attorney for Defendant, Cross-
                 Defendant/Cross-Complainant,
                 CENTRAL OREGON PACIFIC
                 RAILROAD INC

  IT IS SO ODRERED.

Dated: October 12, 2010

              _____
              FRANK C. DAMRELL JR.
              UNITED STATES DISTRICT COURT JUDGE