LAW OFFICES OF
**REINER, SIMPSON
& SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Todd E. Slaughter, State Bar No. 87753

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HORNER, | Case No. 2:09-CV-01564-FCD-CMK |
| Plaintiff, | **STIPULATION AND ORDER  FOR FILING  THIRD AMENDED COMPLAINT** |
| vs. | |
| PANELTECH INTERNATIONAL, LLC; Et al., | |
| Defendants. | |
| AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY ACTIONS. | |

WHEREAS, Plaintiff  has just learned that the party sued as Defendant THE GREENBRIER COMPANIES, INC., in the Second Amended Complaint was erroneously named, and that the true name for this defendant is GUNDERSON RAIL SERVICES, LLC aka GREENBRIER RAIL SERVICES.  By this Third Amended Complaint, Plaintiff seeks to substitute defendant GUNDERSON RAIL SERVICES, LLC aka GREENBRIE RAIL SERVICES  for the erroneously named as defendant THE GREENBRIER COMPANIES, INC. in the Second amended Complaint. Accordingly, the parties have stipulated as follows:

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiff may file a Third Amended Complaint to name new defendants, GUNDERSON RAIL SERVICES, LLC aka GREENBRIER RAIL SERVICES, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the Answers filed by Defendants PANELTECH INTERNATIONAL, LLC and CENTRAL OREGON PACIFIC RAILROAD INC. to Plaintiff's Second Amended Complaint shall be deemed to apply to this Third Amended Complaint without further notice or filing of papers.

Dated:  November 16, 2010              REINER, SIMPSON & SLAUGHTER

                                       By: _____/s/_____
                                              TODD E. SLAUGHTER
                                              Attorney for Plaintiff


Dated:  November 16, 2010              THE COSTA LAW FIRM

                                       By: _____/s/_____
                                              DANIEL P. COSTA
                                              Attorney for Defendant/Cross-
                                              Complainant/Cross Defendant,
                                              Paneltech International LLC


Dated: November 16, 2010               LOMBARDI, LOPER & CONANT, LLP

                                       By: _____/s/_____
                                              B. CLYDE HUTCHINSON
                                              Attorney for Defendant, Cross-
                                              Defendant/Cross-Complainant,
                                              CENTRAL OREGON PACIFIC
                                              RAILROAD INC


**IT IS SO ORDERED.**

Dated: November 16, 2010               _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

2