LAW OFFICES OF
**REINER, SIMPSON
& SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Todd E. Slaughter, State Bar No. 87753
Tamara L. Wood, State Bar No. 190317

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HORNER, | USDC Case No. 2:09-CV-01564-KJM-CMK |
| Plaintiff, | **STIPULATION FOR EXTENDING DISCOVERY DEADLINES; ORDER** |
| vs. | |
| PANELTECH INTERNATIONAL, LLC; and DOES 1 through 50, inclusive, | **District Judge Kimberly J. Mueller** |
| Defendants. | Trial Date:     January 24, 2012 |
| AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY ACTIONS. | |

## INTRODUCTION

This case involves a personal injury claim against a railcar leasing company, Paneltech International ("Paneltech"), a railroad company, Central Oregon & Pacific Railroad ("CORP") that is alleged to have been leasing and using the subject railcar and, most recently, a railcar repair facility operated by Gunderson Rail Service, LLC ("Gunderson") that may have worked on the railcar.  The claim arises out of an incident

where the Plaintiff, a

Yard Supervisor for Roseburg Forest Products, was pulling down on a binder jack to secure a load of logs on a railcar. As he pulled with all of his weight, the binder jack broke free from its weld causing the plaintiff to fall hard to the ground. The action was originally brought in Siskiyou County Superior court, but was removed to this Court by Defendant Paneltech under diversity jurisdiction.

In August of 2009, District Judge Frank C. Damrell, Jr. issued a Status and Pretrial Scheduling Order which, in pertinent part, set forth the following deadlines:

| | |
|---|---|
| Discovery completion: | April 1, 2011 |
| Expert Witness Disclosure: | April 15, 2011 |
| Supplemental Expert Witness Disclosure: | May 6, 2011 |
| Expert Discovery completion: | June 6, 2011 |
| Dispositive Motion deadline: | August 19, 2011 |
| Final Pretrial Conference | October 21, 2011 |
| Jury Trial: | January 24, 2012. |

Until the Fall of 2010, most discovery involved in this case was focused upon determining the paper trail evidencing the movement and repair work that was performed on the subject railcar which had been leased by Defendant Paneltech from GE Rail Services since 1998. In September of 2010, plaintiff began scheduling the depositions of key employees and corporate representatives of both Paneltech and CORP. Defendant Gunderson had not been joined to the lawsuit, as the information was not sufficient to substantiate their involvement with the subject railcar.

In November of 2010, Plaintiff noticed the depositions of several employees and corporate representatives of Paneltech and CORP in Oregon. Unfortunately, on the eve of

these depositions, one counsel involved in the case suffered a family tragedy and could not be substituted for because the lead counsel was unavailable. The depositions had to be cancelled and rescheduled.

Because of the various calendars involved, the depositions could not be rescheduled until January of 2011. This again involved the employees and corporate representatives of both Paneltech and CORP. By this time, Gunderson had been brought in by amended complaint and appeared in the action in December 2010. Gunderson's counsel graciously agreed to proceed with the depositions as scheduled.

When the January depositions came around, counsel for CORP called to advise that the depositions of CORP representatives could not go forward as scheduled because he, as lead counsel for CORP, was involved in a lengthy trial that was not anticipated to last as long as it had. The parties nevertheless agreed to proceed with the Paneltech depositions. As anticipated, it was learned during these depositions that other Paneltech depositions would be necessary, so another round has been scheduled to commence in March. As well, the CORP depositions have had to be rescheduled in March and it is anticipated that Gunderson depositions, as well as the plaintiff and other Roseburg employees will still need to be set.

Under these circumstances, and given the fact that Defendant Gunderson has just entered an appearance in the case, all the parties to this action have conferred and now agree that even with their best efforts, discovery cannot be completed under the current deadlines. The parties have all agreed to work together diligently to schedule and complete all remaining discovery, as soon as possible, but nevertheless believe that an extension of **60 days** is necessary to complete discovery in this matter. With these proposed changes in the schedule, the parties all agree that the remaining scheduling for motions, dispositive motions, pretrial conference and trial will not need to be altered.

Accordingly:

**STIPULATION TO EXTEND DISCOVERY DEADLINES**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the PRETRIAL SCHEDULING ORDER may be amended to extend the discovery deadlines as follows:

| | |
|---|---|
| Discovery completion: | June 1, 2011 |
| Expert Witness Disclosure: | June 15, 2011 |
| Supplemental Expert Witness Disclosure: | July 6, 2011 |
| Expert Discovery completion: | August 6, 2011 |

Dated:  February 7, 2011          REINER, SIMPSON & SLAUGHTER


By: _____/s/_____
      TODD E. SLAUGHTER
      Attorney for Plaintiff

Dated:  February 8, 2011          THE COSTA LAW FIRM


By: _____/s/_____
      DANIEL P. COSTA
      Attorney for Defendant/Cross-
      Complainant/Cross Defendant,
      Paneltech International LLC

Dated: February 8, 2011          LOMBARDI, LOPER & CONANT, LLP



By: _____/s/_____
      B. CLYDE HUTCHINSON
      Attorney   for   Defendant,   Cross-

STIPULATION TO EXTEND DISCOVERY DEADLINES ; ORDER

| | |
|---|---|
| 1 | Defendant/Cross-Complainant, |
| 2 | CENTRAL OREGON PACIFIC RAILROAD INC |
| 3 | |
| 4 | Dated: February 8, 2011    TONKON TORP LLP |

By: _____/s/_____
    FRANK J. WEISS
    Attorneys for Defendant
    GUNDERSON RAIL SERVICES, LLC

IT IS SO ORDERED

Dated: February 23, 2011.

_____
UNITED STATES DISTRICT JUDGE