IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE HORNER,

       Plaintiff,                                   Civ. No. S-09-1564 KJM CMK

    vs.

PANELTECH INTERNATIONAL, LLC.,
et al.

       Defendants.                              ORDER
_____/

AND ALL RELATED CROSS-CLAIMS
AND THIRD PARTY ACTIONS
_____/

        The parties appeared telephonically for a status conference to consider defendant, third party defendant and cross-claimant CORP's ex parte application regarding discovery and scheduling. After hearing the parties, the court makes the following orders:

        1. The final pretrial conference set for October 26, 2011 is vacated;

        2. The joint pretrial statement is due November 30, 2011;

        3. The final pretrial conference is reset for December 7, 2011 at 11:00 a.m.; and

        4. The resolution of CORP'S motion for summary judgment (ECF No. 41) is stayed pending resolution of the motion to contest good faith settlement.

        IT IS SO ORDERED.

DATED: October 13, 2011.

_____
UNITED STATES DISTRICT JUDGE

1