**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
DAVID D. MacMILLAN, State Bar No. 113185
2489 Sunrise Blvd., Ste. A
Gold River, California 95670
Telephone:  (916) 400-2734
Telecopier: (916) 400-2744

Attorneys for Defendant
PANELTECH INTERNATIONAL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HORNER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PANELTECH INTERNATIONAL, LLC;<br>and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | USDC Case No.: 2:09-cv-01564 KJM-CMK<br><br>**REQUEST AND STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES; ORDER**<br><br>Pre-Trial Conference: December 7, 2011<br>Trial Date:　　January 24, 2012<br>Trial Time:　　9:00 a.m.<br>Dept:　　　　3<br>Judge:　　　Hon. Kimberly J. Mueller |

　　　　The Parties hereto request and stipulate that this Court continue the pre-trial conference and trial dates from their presently-ordered dates to dates in the future to be determined by a conference between the Court and all counsel.

　　　　The parties submit that there is good cause for this request because of the following circumstances:

　　　　1.　　On October 25, 2011, the Court executed and issued its order on the parties Request and Stipulation that stayed any further expert discovery until the later of November 9, 2011 or such time as the court rules on Defendant Paneltech's Motion to Contest good Faith of CORP settlement.

　　　　2.　　As of this date, the Curt has not issued its ruling on the above-referred to motion.

**REQUEST AND STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES; ORDER**
- 1 -

Consequently, no further expert discovery has been conducted pursuant to the Court's order.

3. Given the proximity of the Christmas and New Year seasons, the parties expect that it will be impossible to complete their itended expert discovery before the arrival of January 2012 because of anticipated experts' and counsel holiday and vacation schedules.

4. Without the completion of expert discovery, the parties submit that they cannot meaningfully participate in the pre-trial conference presently set for December 7, 2011, or be properly prepared for the trial presently set for January 24, 2012.

5. In an effort to alleviate the problems arising from these circumstances, the parties submit the following request and stipulation.

REQUEST AND STIPULATION

That the pre-trial conference and trial dates be continued from their presently-ordered dates to dates in the future to be determined by a conference between the Court and all counsel.

IT IS SO STIPULATED:

Dated: November 23, 2011            **THE COSTA LAW FIRM**

By: /s/ David D. MacMillan
    DAVE MACMILLAN
    DANIEL P. COSTA
    Attorneys for Defendant
    Paneltech International, LLC

Dated: November 23, 2011            **REINER, SIMPSON & SLAUGHTER, LLP**

By: /s/ Todd E. Slaughter
    TODD E. SLAUGHTER
    Attorney for Plaintiff

Dated: November 24, 2011            **LOMBARDI, LOPER & CONANT**

By: /s/ Clyde Hutchinson
    B. CLYDE HUTCHINSON
    VINCENT CASTILLO
    Attorneys for Defendant
    Central Oregon & Pacific Railroad

1  IT IS SO ORDERED.

2  Dated:  November 29, 2011.

_____
UNITED STATES DISTRICT JUDGE