B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendant, Third Party Defendant, &
Cross-Claimant CENTRAL OREGON & PACIFIC
RAILROAD, erroneously sued as CENTRAL
OREGON PACIFIC RR INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| EDDIE HORNER, <br><br> Plaintiff, <br><br> v. <br><br> PANELTECH INTERNATIONAL, LLC; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.  2:09-cv-01564 KJM-CMK <br><br> **STIPULATION AND ORDER OF DISMISSAL** |
| AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY ACTIONS. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

30923-39446 BCH 606843.1                           1                      Case No.  2:09-cv-01564 KJM-CMK

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between plaintiff EDDIE HORNER and Defendant, Third Party Defendant And Cross-Claimant CENTRAL OREGON & PACIFIC RAILROAD, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs.

Dated: January 27, 2012          REINER, SIMPSON & SLAUGHTER

By: _____/s/ Todd E. Slaughter_____
TODD E. SLAUGHTER
Attorneys for Plaintiff EDDIE HORNER

Dated: January27, 2012          LOMBARDI, LOPER & CONANT, LLP

By _____/s/ B. Clyde Hutchinson_____
B. CLYDE HUTCHINSON
Attorneys for Defendant, Third Party Defendant, and Cross-Claimant CENTRAL OREGON & PACIFIC RAILROAD

IT IS SO ORDERED.

Dated: February 1, 2012.

_____
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30923-39446 BCH 606843.1                 2                 Case No.  2:09-cv-01564 KJM-CMK

**STIPULATION AND ORDER OF DISMISSAL**