B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendant, Third Party Defendant, &
Cross-Claimant CENTRAL OREGON & PACIFIC
RAILROAD, erroneously sued as CENTRAL
OREGON PACIFIC RR INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| EDDIE HORNER,<br><br>        Plaintiff,<br><br>v.<br><br>PANELTECH INTERNATIONAL, LLC;<br>and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  2:09-cv-01564 FCD-CMK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PANELTECH INTERNATIONAL, LLC'S THIRD PARTY COMPLAINT** |
| AND ALL RELATED CROSS-CLAIMS AND THIRD PARTY ACTIONS. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

30923-39446 BCH 606877.1      1      Case No.  2:09-cv-01564 FCD-CMK

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Third Party plaintiff PANELTECH INTERNATIONAL, LLC, and Defendant, Third Party Defendant And Cross-Claimant CENTRAL OREGON & PACIFIC RAILROAD, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

Dated: January 27, 2012         COSTA LAW FIRM

By: _____/s/ David D. MacMillan_____
DAVID D. MacMILLAN
Attorneys for Third Party Plaintiff
PANELTECH INTERNATIONAL, LLC

Dated: January 27, 2012         LOMBARDI, LOPER & CONANT, LLP

By _____/s/ B. Clyde Hutchinson_____
B. CLYDE HUTCHINSON
Attorneys for Defendant, Third Party Defendant, and Cross-Claimant CENTRAL OREGON & PACIFIC RAILROAD

IT IS SO ORDERED.

Dated: February 1, 2012.

_____
UNITED STATES DISTRICT JUDGE

30923-39446 BCH 606877.1         2         Case No. 2:09-cv-01564 FCD-CMK

**STIPULATION AND ORDER OF DISMISSAL**