IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE HORNER,

     Plaintiff,                          Civ. No. S-09-1564 KJM CMK

     vs.

PANELTECH INTERNATIONAL LLC.,      ORDER

     Defendant.

        This case was on calendar on February 2, 2012 for a further scheduling conference. Todd Slaughter was present for plaintiff; Daniel Costa and David McMillan were present for defendant. After hearing from the parties, the court makes the following order:

        The parties have agreed to pursue private mediation; the deadline for completing private mediation is May 31, 2012.

        The deadline for expert disclosure if the case does not settle is May 31, 2012.

        The final pretrial conference is set for Thursday, July 19, 2012 at 3:30 p.m. The parties are directed to Local Rule 281 for the timing and contents of the pretrial statement.

        Trial is set for Monday, September 10, 2012 at 1:30 and is estimated to last six to eight days.

        IT IS SO ORDERED.

DATED: February 14, 2012.

                                         UNITED STATES DISTRICT JUDGE