

FILED

SEP 2 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE HORNER,

    Plaintiff,      CIV No. S-09-1564 KJM CMK

  v.      **JURY COMMUNICATION**

PANELTECH INTERNATIONAL, LLC.,
et al.,

    Defendants.
_____/

**REPLY FROM COURT TO NOTE RECEIVED ON 9/28/12 AT 9:49 AM**

    "Manufacturing or design defect" as used in the jury instructions refers to the specific weld on the chain binder on the log bunk in question in this case.

Date sent to jury: 9/28/12

Time sent to jury: 10:25 a.m.

Kimberly J. Mueller
U.S. District Judge

1